IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHARLES A. LEWIS**

     Plaintiff,

Vs.

Case No: 4:11cv205-RH/WCS

**WOMACK ARMY MEDICAL CENTER, FORT BRAGG, NC
AND UNITED STATES OF AMERICA**

     Defendants.

_____/

## COMPLAINT FOR MEDICAL NEGLIGENCE

Now comes the Plaintiff, **CHARLES A. LEWIS,** individually and sues Defendants,
**WOMACK ARMY MEDICAL CENTER, FORT BRAGG, NC** and **UNITED STATES OF
AMERICA,** and for cause of action alleges as follows:

### COUNT 1
### JURISDICTION

1.     This is an action for personal injuries arising from medical negligence and is

brought pursuant to the Federal Tort Claims Act, 28 U.S.C 1346(b), 2671-2680 as more

particularly set forth herein after. The amount in controversy exceeds $75,000.00. Jurisdiction

Of the Court over the individual Defendants is based upon their acts and omissions as employees

of the Government, as further set forth hereinafter.

2.     That on or about 28 September, 2009 more than six months before this action was

instituted, the claims set forth were initially presented to the Department Of The Army, Womack

Army Medical Center, Fort Bragg, North Carolina and Form 95 submitted, all in accordance

with the provisions of 28 USC 2675 and was assigned claim number 09-302-T011, Exibit "A".

3.    That on or about 9 November, 2010, **The Department Of The Army,** through its counsel, denied Plaintiff's claims in writing, per 28 USC 2675. A copy of the letter from Lieutenant Colonel Gregory S. Mathers, US Army, Chief Tort Claims Division, denying the claim is attached hereto as Exhibit "B".

4.    That the Plaintiff currently resides at 4174 Darby Drive, Tallahassee, Florida 32310. The facts and omissions giving rise to this Suit/Complaint occurred at the Womack Army Medical Center at Fort Bragg, North Carolina, making venue/jurisdiction appropriate as prescribed by 28 USC 1402(b).

5.    For jurisdictional purposes, this matter is being filed in the United States District Court, Northern District of Florida, Tallahassee Division because:

a) Plaintiff resides in Tallahassee, Florida

6.    Plaintiff has filed a claim for Damage, Injury or Death (Standard Dorm 95) as required by law, and the claim was denied and within the six months have filed suit.

7.    Defendants were negligent in that such conduct by Defendants, and their agents and personnel, constituted a departure below the standard of care for healthcare providers in the same specialties. Such negligence includes but is not limited to, the following:

a)  negligently failing to treat Plaintiff; and

b)  negligently failing to read Plaintiff's medical chart to wit Plaintiff allergy to Iodine and morphine with a pertinent medical history.

8.    That the Defendant, **UNITED STATES OF AMERICA,** through their employees and personnel acting within the express or implied course and scope of the employment/duties failed to properly treat Plaintiff's medical condition, to wit: giving Plaintiff Idoform (Iodine).

9.    As a direct, proximate result of the negligent acts of Defendants, and their personnel and employees, Plaintiff suffered bodily injury (back problems), pain and suffering, loss of capacity of the enjoyment of life; to wit; the ability to pleasure his wife and mental anguish. These losses are either permanent or continuing in nature and Plaintiff will suffer these losses in the future.

## COUNT II – LOSS OF CONSORTIUM

10.    Plaintiff realleges the allegations set forth in this complaint/suit.

11.    As a direct, proximate, and foreseeable result of the negligent acts of Defendants, **UNITED STATES OF AMERICA, WOMACK ARMY MEDICAL CENTER, FORT BRAGG, NORTH CAROLINA,** and their personnel and employees Plaintiff has lost the care, comfort, society, attention and services of his wife.

12.    These losses are either permanent or continuing in nature and Plaintiff will suffer these losses in the future.

**WHEREFORE,** the Plaintiff, **CHARLES A. LEWIS,** demands judgment for the foregoing damages against the Defendant, **UNITED STATES OF AMERICA, WOMACK ARMY MEDICAL CENTER FORT BRAGG, NORTH CAROLINA,** in the amount of $5,000,000.00 for all damages which Plaintiff is legally entitled, plus costs, interest and other such relief as this Court deem proper and just in and about this suit expended.

Dated this ___3rd___ day of May, 2011.

Charles A. Lewis
4174 Darby Drive
Tallahassee, Florida 32310
850-284-8629

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

*Exibit "A"*

Patient: LEWIS,███████          Date: 26 Sep 2007 1655 EDT          Appt Type: ACUT
Treatment Facility:                Clinic: DOFM AMIC CL              Provider: CAULK,MEKEISHA MONIQUE
Patient Status: Outpatient

Reason for Appointment: dressing change
Appointment Comments:
scc

AutoCites Refreshed by CAULK, MEKEISHA M @ 26 Sep 2007 1917 EDT

**Problems**
- allergy to shellfish
- fainting - unconscious for 15 seconds or less
- SINUS BRADYCARDIA
- ~~SEIZURE~~
- ATYPICAL CHEST PAIN
- Surgical Dressing Change

**Allergies**
- IODINE (INCLUDES RADIOPAQUE AGENTS W/IODINE): Unknown (HT 68" AND WT 180LBS)
- IODINE (SODIUM IODIDE): Unknown
- MORPHINE: Unknown
- MORPHINE SULFATE (MORPHINE SULFATE): Unknown
- OTHER: Unknown (68"185#  6.25.05)
- SHELLFISH: Unknown (angioedema)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| CLINDAMYCIN HCL, 150MG, CAPSULE, ORAL | Active | T2 CAPSULES BY MOUTH Q6H F7D | NR | 25 Sep 2007 |
| IBUPROFEN, 800MG, TABLET, ORAL | Active | TT WF #30 RF0 | NR | 25 Sep 2007 |
| RABEPRAZOLE SODIUM, 20MG, TABLET EC, ORAL | Active | TAKE 1 TAB BY MOUTH TWICE DAILY. #90 RF3 | 3 of 3 | 09 Jan 2007 |

Screening Written by GRAHAM, SHANIKA R @ 26 Sep 2007 1742 EDT

Allergen information verified by GRAHAM, SHANIKA R @ 26 Sep 2007 1742 EDT

- -

**Vitals**
Vitals Written by GRAHAM, SHANIKA R @ 26 Sep 2007 1742 EDT
BP: 148/94, HR: 94, RR: 16, T: 96.7 °F, HT: 68 in, WT: 177 lbs, SpO$_2$: 98%, BMI: 26.91, BSA: 1.941 square meters, Tobacco Use: No, Alcohol Use: No,  Pain Scale: 0 Pain Free

SO Note Written by GRAHAM,SHANIKA R @ 26 Sep 2007 1818 EDT
**Chief complaint**
The Chief Complaint is: Dressing change to middle of back.
**Past medical/surgical history**
Diagnosis History:
　　Skin abscess
**Physical findings**
General appearance:
　　° Healthy appearing.  ° Patient did not appear uncomfortable.
Skin:
　　° Showed a wound with no purulent drainage Wound had serosanguinous drainage.
**Objective**
Wound was cleaned with normal saline and bacitracin was applied to inside and around the wound. Wound was packed with iodoform and covered with a 4x4 and tape.

Lab Result Cited by CAULK. MEKEISHA M @ 26 Sep 2007 1833 EDT
Wound Culture Panel

| Name: LEWIS,██████ | | |
|---|---|---|
| FMP/SSN: ██████ | Sex:  M | Sponsor/SSN: ██████ |
| DOB: ██████ | Tel H: | Rank: ██████ |
| PCat: ██████ | Tel W: | Unit:     RETSP    (SPONSOR RETIRED) |
| MC Status: ██████ | CS: | Outpt Rec. Rm:  OUTPATIENT██████ |
| Insurance: No | SWS: | PCM: |
| | | Tel. PCM: |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

*Exibit "A"*     Page 1 of 2

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 26 Sep 2007 1719 | Facility: WAMC    Clinic: DOFM AMIC Cl | Provider: CAULK, MEKEISHA M |

Order #                           070925-00059 (WACH)
Filler #                          070925 MI 681 (WACH)
Status:                           Intermediate
Ordering Provider:                REIMERS, CHARLES E
Priority:                         ROUTINE
Date Ordered:                     25 Sep 2007 0030
Date Resulted:                    25 Sep 2007 1438
COLLECT_SAMPLE:                   ABSCESS

GRAM STAIN (GRAM STAIN -- Intermediate):    NO WBCS SEEN
                                            MANY GRAM POSITIVE COCCI IN PAIRS
                                            --CC--

Specimen:                         Back
Collected:                        25 Sep 2007 0018

Results:

A/P Last updated by CAULK, MEKEISHA M @ 26 Sep 2007 1918 EDT
1. Surgical Dressing Change
          Procedure(s):           -Postoperative Visit, Without Charge x 1 - Dressing change to middle of back

                                  -Pulse Oximetry x 1

Disposition Written by CAULK, MEKEISHA M @ 26 Sep 2007 1918 EDT
Released w/o Limitations
Follow up:  with PCM. - Comments: in AM.

Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

Signed By  CAULK, MEKEISHA M (FNP-C, WAMC) @ 26 Sep 2007 1918

CHANGE HISTORY
*The following A/P Note Was Overwritten by CAULK, MEKEISHA M @ 26 Sep 2007 1917 EDT:*
A/P section was last updated by CAULK, MEKEISHA M @ 26 Sep 2007 1917 EDT - see above.Previous Version of A/P section was entered/updated by GRAHAM, SHANIKA R @ 26 Sep 2007 1823 EDT.
1. Surgical Dressing Change
          Procedure(s):           -Postoperative Visit, Without Charge x 1 - Dressing change to middle of back

--> Unassociated orders and procedures <--
Pulse Oximetry x 1

| Name: LEWIS, ▓▓▓▓▓▓ | Sex:    M | Sponsor/SSN:  LEWIS, ▓▓▓▓▓▓▓▓ | |
|---|---|---|---|
| FMP/SSN: ▓▓▓▓▓▓ | Tel H: | Rank: ▓▓▓▓▓▓ | |
| DOB: ▓▓▓▓▓▓ | Tel W: | Unit:    RETSP    (SPONSOR RETIRED) | |
| PCat: | CS: | Outpt Rec. Rm:  OUTPATIENT ▓▓▓▓ | |
| MC Status: ▓▓▓▓ | SWS: | PCM: | |
| Insurance:  No | | Tel. PCM: | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

*Exibit "B"*



**DEPARTMENT OF THE ARMY**
U.S. ARMY CLAIMS SERVICE
OFFICE OF THE JUDGE ADVOCATE GENERAL
4411 LLEWELLYN AVENUE, SUITE 5360
FORT GEORGE G. MEADE, MARYLAND 20755-5125

REPLY TO
ATTENTION OF:

NOV 09 2010

CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Tort Claims Division
09-302-T011

Mr. Charles Lewis
███████████
███████████████████

Dear Mr. Lewis:

This notice constitutes final administrative action on your claim filed against the United States (U.S.) in the aggregate amount of $5,000,000 for personal injuries allegedly sustained as a result of negligent medical treatment by U.S. Government health care providers. Your claim asserts that health care providers at Womack Army Medical Center (WAMC), Fort Bragg, North Carolina, packed your surgical wound with iodine (Iodoform) after minor surgery on September 23, 2007. You state that you are allergic to iodine and that on October 4, 2007, the Iodoform caused an allergic reaction and caused you to blackout.

Your claim is denied. Negligence by WAMC employees has not been demonstrated. Under the Federal Tort Claims Act, the U.S. can only be held liable under limited circumstances where the negligent acts or omissions of U.S. Government employees acting within the scope of their employment proximately cause injury. In this case, there is no evidence of any negligent or wrongful acts or omissions by the U.S. or its employees.

In the attached letter dated May 26, 2010, the Government's position on the claim was explained and you were asked to provide notice by June 9, 2010, if you would be submitting a medical expert review to support your claim, otherwise the claim would be recommended for denial. Enclosure. You were granted several extensions with the last extension ending on August 25, 2010. As of today, we have not received an expert opinion in support of the claim and the allegation of negligence remains unsubstantiated.

If you are dissatisfied with the action taken on your claim, you may file suit in the appropriate U.S. District Court no later than six months from the date of mailing of this letter.

*Exibit "B"*

-2-

By law, failure to comply with this time limit forever bars you from further suit. I am not implying that any such suit, if filed, would be successful.

Sincerely,

Gregory S. Mathers
Lieutenant Colonel, US Army
Chief, Tort Claims Division

Enclosure



**DEPARTMENT OF THE ARMY**
U.S. ARMY CLAIMS SERVICE
OFFICE OF THE JUDGE ADVOCATE GENERAL
4411 LLEWELLYN AVENUE, SUITE 5360
FORT GEORGE G. MEADE, MARYLAND 20755-5125

REPLY TO
ATTENTION OF:

MAY 2 6 2010

CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Eastern U.S. Torts Branch
09-302-T011

Mr. Charles Lewis

Dear Mr. Lewis:

The purpose of this letter is to advise you of the status of our investigation of the claim you filed against the United States. Your claim asserts that health care providers at Womack Army Medical Center (WAMC), Fort Bragg, North Carolina, packed your surgical wound with iodine (Iodoform) after minor surgery on September 23, 2007. You state that you are allergic to iodine and that on October 4, 2007, the Iodoform caused an allergic reaction and caused you to blackout.

Our investigation of your claim has determined that the packing of your wound with Iodoform gauze after minor surgery on September 23, 2007, at WAMC, was not the cause of your blackout on October 4, 2007. The medical records indicate you were transported to the WAMC Emergency Department (ED) and were noted to have suffered from an acute seizure episode on October 4th. You have a history of seizure disorder, which was controlled by Dilantin. On October 4, 2007, when you presented to the ED at WAMC, your evaluation revealed that you had a sub-therapeutic level of Dilantin, which caused the seizure. You were treated with intravenous "Dilantin" derivative and instructed to resume taking Dilantin. The seizure was caused by non-compliance with Dilantin. You were not taking the medication you were prescribed. There is no evidence that any allergies caused this seizure. Furthermore, there was no evidence of surrounding erythema or other skin manifestation at your wound site that would have been present with an allergic exposure.

I will consider additional evidence or an expert's opinion you may obtain. If you intend to submit additional information, please contact me by June 9, 2010. I can be reached at (301) 677-7009, extension 238. Thank you for your cooperation.

Sincerely,

Charles Brown
Senior Claims Investigator
Eastern U.S. Torts Branch